LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104
Amanda L. Butts, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants County of Sacramento;
Deputy Hoertsch; Deputy Pena (Sacramento County Employees)

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN DOBROWSKI, ROBERT PRICE, RICKEY SIMS, PETER TRUDEAU, LARRY COCHENOUR, Jr., WILLIAM ZANDER, VONTRE KNIGHT, ROES A through M, and Joes 1-100,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SACRAMENTO CITY POLICE DEPT., SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, POLICE DEPARTMENT CITY OF ELK GROVE, DOG HANDLERS AND THEIR PARTNERS, DEPUTY HOERTSCH, DEPUTY PENA, OFFICER THOMPSON, OFFICER GEORGE DAHL, OFFICER AZEVEDO, and DOES 1-200,<br><br>　　　　Defendants. | Case No.: 2:11-CV-01390-JAM-KJN<br><br>**ORDER SEVERING CLAIMS AGAINST SACRAMENTO COUNTY AND SACRAMENTO COUNTY EMPLOYEES** |

SACRAMENTO COUNTY, DEPUTY HOERTSCH AND DEPUTY PENA'S MOTION TO SEVER having come before this court on January 25, 2012, argument having been heard and good cause appearing therefore, said motion is GRANTED, and

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that any and all claims any currently named Plaintiffs have against the County of Sacramento and/or any County of Sacramento employees are severed from Plaintiffs' First Amended Complaint.

IT IS FURTHER ORDERED that Plaintiffs prepare and file with this court an amended complaint, separate and apart from any complaint against Elk Grove Defendants and City of Sacramento Defendants, and containing any claims against Sacramento County defendants on or before March 12, 2012.

IT IS SO ORDERED.

DATED: 2/1/2012     /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

APPROVED AS TO FORM:

Dated: February 1, 2012     */s/ Ellen C. Dove*

By:   ELLEN C. DOVE
Attorney for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com