EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO,
AARON THOMPSON, JOHN AZEVEDO AND
GARY DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI, et al,<br><br>   Plaintiffs,<br><br>  vs.<br><br>SACRAMENTO CITY POLICE DEPARTMENT, et al<br><br>   Defendants. | Case No.: 2:11-cv-01390-JAM-KJN<br><br>**ORDER GRANTING DEFENDANTS CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO AND GARY DAHL'S MOTION FOR SEVERANCE**<br><br>Date:        January 25, 2012<br>Time:       9:30 a.m.<br>Courtroom: 6<br>Judge:       Hon. John A. Mendez |

Defendants CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO and GARY DAHL's Motion for Severance of Misjoined Parties and/or Claims came regularly for hearing before this Court on January 25, 2012. Plaintiffs were represented by Ellen Dove and Defendants were represented by the City Attorney, Sr. Deputy City Attorney Sheri M. Chapman appearing therefore.

The Court having considered the parties' written and oral argument, upon a finding of good cause, GRANTS Defendants' Motion to sever the claims alleged against the CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO and GARY DAHL from the claims alleged against the other Defendants in the First Amended Complaint.

227794
PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED:

1. That any and all claims alleged in the First Amended Complaint against Defendants CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO and GARY DAHL shall be severed from Plaintiff's First Amended Complaint.

2. The Clerk of the Court shall terminate Defendants CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO, and GARY DAHL from Case No. 11-CV-1390 JAM KJN.

3. That Plaintiffs VONTRE KNIGHT, ROBERT PRICE, RICKY LEE SIMS, TOMMY MARTINEZ, JOSE SMITH, TODD JAMISON, JERRY TOLLIVER, SHYLOW THURMAN, KEVIN STERN, ROGER MCGOWAN, and JASON BLEVINS shall file an amended complaint against the CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO and GARY DAHL on or by March 12, 2012.  An amended complaint alleged against the CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO and GARY DAHL shall not include claims alleged against other entities or employees of other entities.

4. The Clerk of the Court shall open a new case entitled "VONTRE KNIGHT, ROBERT PRICE, RICKY LEE SIMS, TOMMY MARTINEZ, JOSE SMITH, TODD JAMISON, JERRY TOLLIVER, SHYLOW THURMAN, KEVIN STERN, ROGER MCGOWAN, and JASON BLEVINS, Plaintiffs vs. CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO, and GARY DAHL, Defendants," and directly assign District Judge John A. Mendez and Magistrate Judge Kendall J. Newman to the new action.  In the new case, the Clerk shall issue an Order Requiring Joint Status Report.

IT IS SO ORDERED.

DATED: February 9, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

1  APPROVED AS TO FORM:

2  Dated: February __9__, 2012            ____/s/ Ellen C. Dove_____
                                          By:    ELLEN C. DOVE
3                                          Attorney for Plaintiffs

ORDER GRANTING MOTION FOR SEVERANCE

PDF created with pdfFactory trial version www.pdffactory.com