EILEEN M. TEICHERT, City Attorney (SBN 167027)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO,
AARON THOMPSON, JOHN AZEVEDO and
GARY DAHL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI, et al<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO CITY POLICE DEPARTMENT, et al<br><br>Defendants. | Case No.: 2:11-cv-01390-JAM-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO AND GARY DAHL'S MOTION TO DISMISS AND STRIKE**<br><br>Date:          January 25, 2012<br>Time:         9:30 a.m.<br>Courtroom:  6<br>Judge:        Hon. John A. Mendez |

Defendants CITY OF SACRAMENTO, AARON THOMPSON, JOHN AZEVEDO and GARY DAHL's Motion to Dismiss and Strike provisions of the First Amended Complaint came regularly for hearing before this Court on January 25, 2012.  Plaintiffs were represented by Ellen Dove and Defendants were represented by the City Attorney, Sr. Deputy City Attorney Sheri M. Chapman appearing therefore.

The Court having considered the parties' written and oral argument, upon a finding of good cause, GRANTS Defendants' Motions to Dismiss and Strike as follows.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that:

1. The claims alleged against the CITY OF SACRAMENTO are dismissed with leave to amend, for failure to state a claim for which relief can be granted.

2. The second and third claims for relief alleging violations of the Fifth, Eighth and Fourteenth Amendments are dismissed without leave to amend, for failing to state a claim for which relief can be granted.

3. The claims alleged by Plaintiffs ANTHONY BRAU, CARL BATISTE and HOWARD ROBINSON are dismissed without leave to amend, for failing to state a claim for which relief can be granted.

4. The allegation of an unlawful search at paragraph 43, page 9 line 3 of the First Amended Complaint is stricken.

5. The allegation of a violation of the Fifth Amendment Due Process Clause in the second claim for relief in paragraph 46 at page 9 lines 16 and 17 of the First Amended Complaint is stricken.

IT IS SO ORDERED.

DATED: February 9, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

APPROVED AS TO FORM:

Dated: February _9__, 2012        ___/s/ Ellen C. Dove_____
                                  By:    ELLEN C. DOVE
                                  Attorney for Plaintiffs

2

ORDER GRANTING MOTIONS TO DISMISS AND STRIKE

PDF created with pdfFactory trial version www.pdffactory.com