LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Jeri L. Pappone, CSB No.: 210104
Amanda L. Butts, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants County of Sacramento; Deputy Hoertsch; Deputy Pena (Sacramento County Employees)

ELLEN C. DOVE, Esq., CSBN 64034
5325 ELKHORN Blvd., #160
Sacramento, CA  95842
Telephone:  916-331-0111
Fax:  916-726-8576
Email:  edove3136@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN DOBROWSKI, ROGER McGOWAN, JOSE SMITH, JOSEPH SULLIVAN, PETER TRUDEAU, GREAG WALLACE, and WILLIAM ZANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DOG HANDLERS AND THEIR PARTNERS, DEPUTY K. HOERTSCH, DEPUTY PENA, and DOES 1-20,<br><br>Defendants. | Case No.: 2:11-CV-01390-JAM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

PLAINTIFFS' SECOND AMENDED COMPLAINT filed on March 6, 2012 as document #34, contains certain typographical and other errors.  The parties have discussed the errors, and in order to avoid the necessity of Defendants filing a 12(b)(6) motion on this complaint, they have agreed and stipulated to Plaintiffs filing a "Corrected" Second Amended Complaint or a Third Amended Complaint.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Page - 1

PDF created with pdfFactory trial version www.pdffactory.com

Based upon the stipulated agreement, Plaintiffs will file a new complaint on or before April 16, 2012, with Defendants' response due 14 days after service/filing of the new complaint or at a continued date thereafter if so stipulated by the parties.

IT IS SO STIPULATED:

Dated: March 19, 2012                                ELLEN C. DOVE, Esq

                                          By:   */s/  Ellen C. Dove*
                                                ELLEN C. DOVE
                                                Attorney for Plaintiffs Dobrowski, McGowan,
                                                Trudeau, Sullivan and
                                                Zander

Dated: March 19, 2012                                LONGYEAR, O'DEA & LAVRA, LLP

                                                */s/ Jeri L. Pappone*
                                                JOHN A. LAVRA
                                                JERI L. PAPPONE

## [PROPOSED] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: 3/20/2012                                 /s/ John A. Mendez
                                                Honorable John A. Mendez
                                                Judge, Unites States District Court

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Page - 2

PDF created with pdfFactory trial version www.pdffactory.com