UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOBROWSKI, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 2:11-CV-01390 JAM-KJN<br><br>**RELATED CASE ORDER** |
| VONTRE KNIGHT, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 2:12-CV-00346 JAM-AC |
| MARCUS HILL, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF CITRUS HEIGHTS POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 2:12-CV-02876 GEB-GGH |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-CV-02876 GEB-GGH, be reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in the reassigned case *only* are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-CV-02876 JAM-KJN.

IT IS FURTHER ORDERED that the Magistrate Judge assignment in the action denominated 2:12-CV-00346-JAM-AC be reassigned to Magistrate Judge Kendall J. Newman for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-CV-00346-JAM-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  December 11, 2012         /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  United States District Court Judge