LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. Butts, CSB No.: 253651
Kelley S. Kern, CSB No.: 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants County of Sacramento;
Deputy Hoertsch; Deputy Hampton; Deputy Gregory
(Sacramento County Employees)

ELLEN C. DOVE, Esq., CSBN 64034
5325 ELKHORN Blvd., #160
Sacramento, CA  95842
Telephone:  916-331-0111
Fax:  916-726-8576
Email:  edove3136@aol.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JUSTIN DOBROWSKI, ROGER McGOWAN, JOSE SMITH, JOSEPH SULLIVAN, PETER TRUDEAU, GREAG WALLACE, and WILLIAM ZANDER, <br><br>  Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DOG HANDLERS AND THEIR PARTNERS, DEPUTY K. HOERTSCH, DEPUTY PENA,  and DOES 1-20, <br><br>  Defendants. | Case No.: 2:11-CV-01390-JAM-KJN <br><br> **STIPULATION AND [PROPOSED] ORDER TO DEPOSE OUT OF STATE PRISONER PLAINTIFF BY REMOTE MEANS** <br><br> **Local Rule 143** |

Pursuant to FRCP 29 and 30, the Parties hereto, by and through their respective counsel, stipulate to allow Defendants to depose Plaintiff, PETER TRUDEAU, by remote means, including videoconference, telephone, and/or teleconference.

**Stipulation and [Proposed] Order to allow Deposition of Out of State Prisoner Plaintiff by Remote Means**

Page - 1

Plaintiff PETER TRUDEAU is a Plaintiff in the instant case.  Plaintiff PETER TRUDEAU is currently incarcerated in prison in Tutwiler, Mississippi.  Plaintiff's counsel, Defendants and Defendants' counsel are all located in Sacramento County, California. The case is venued in the United States District Court, Eastern District of California, Sacramento Division.

In the interest of timely completing discovery and minimizing the costs associated with discovery, the parties jointly propose and STIPULATE as set forth below:

- Defendant may depose Plaintiff PETER TRUDEAU by remote means, including videoconference, telephone, teleconference and/or stenography;
- Plaintiff PETER TRUDEAU will be located in Tutwiler, Mississippi at the time of his deposition, while Plaintiff's counsel, Defendants, Defendants' counsel and officer administering the oath, will be located in Sacramento, California.
- The testimony provided by Plaintiff PETER TRUDEAU during his deposition shall carry the full weight and effect of testimony provided in person, in the presence of counsel and the officer administering the oath.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendants, through their respective attorneys of record, that Defendants may depose Plaintiff, PETER TRUDEAU, by remote means, including videoconference, telephone, and/or teleconference.  Plaintiff PETER TRUDEAU will be located in Tutwiler, Mississippi and all other parties to the deposition will be located in Sacramento, California. The testimony provided by Plaintiff PETER TRUDEAU during his deposition shall carry the full weight and effect of testimony provided in person, in the presence of counsel and the officer administering the oath.

/ / /
/ / /
/ / /
/ / /
/ / /

**Stipulation and [Proposed] Order to allow Deposition of Out of State Prisoner Plaintiff by Remote Means**

IT IS SO STIPULATED.

Dated: September 9, 2013                ELLEN C. DOVE, Esq.

                                    By:   */s/ Ellen C. Dove*
                                          ELLEN C. DOVE
                                          Attorney for Plaintiffs Dobrowski, McGowan,
                                          Trudeau, Sullivan, Zander, Wallace and Smith

Dated: September 9, 2013                LONGYEAR, O'DEA & LAVRA, LLP

                                          */s/ Kelley S. Kern*
                                          JOHN A. LAVRA
                                          KELLEY S. KERN

## ORDER

Pursuant to stipulation, it is ordered that Defendants may depose Plaintiff, PETER TRUDEAU, by remote means, including videoconference, telephone, and/or teleconference. Plaintiff PETER TRUDEAU will be located in Tutwiler, Mississippi and all other parties to the deposition will be located in Sacramento, California. The testimony provided by Plaintiff PETER TRUDEAU during his deposition shall carry the full weight and effect of testimony provided in person, in the presence of counsel and the officer administering the oath.

**IT IS SO ORDERED.**

Dated: September 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to allow Deposition of Out of State Prisoner Plaintiff by Remote Means**